1) Civil Action No. N/A at this Eastern District of Kentucky 1/15/21

Plaintiff: Justin C. Haney

VS

Defendant: Campbell County Detention Center

FILED JAN 22 2021 AT COVINGTON ROBERT R. CARR CLERK U.S. DISTRICT COURT

21-CV-11-WOB

Demand for Jury Trial: YES

I. **Plaintiff:** Name: Justin C. Haney • Prisoner ID #: 64741
I'm a Pretrial Detainee confined at the Campbell County Detention Center. 601 Central Ave. Newport, KY 41071

II. **Defendant(s):** • Campbell County Detention Center
• SGT. Henning @ Campbell County Detention Center
• Deputy Boeschenstein @ Campbell County Detention Center

III. **Statement of Claim:** In mid-October on or about October 15th - 28th I was being housed in a suicide watch cell (SFRA 187-1) being reviewed by an outside medical facility called "Triage" as well as the Southern Health Partners. There was in fact a working camera in the cell. I was being disrespectful to staff. SGT. Henning as well as deputy Boschenstein proceeded to the outside of my cell. "Under a second camera." I was being verbally disrespectful but not physically aggressive. They then opened my food port and sprayed my penis and arms with mace. I was completely naked because I tried to block the blast with my suicide smok. Dep. Wallace #128 as well as Dep. Fidemen arrived as "Back-up". They then proceeded to pop my cell door. Violently wrestled me into a Restraint Chair. I resisted due to the shock;

2)

point I was in, I also believed I was being treated beyond unfairly to begin with. The SGT. Henning then placed his taser very close to my genitals on the inside of my thigh and stated "I swear to God ill do it Mother Fucker." They then put me in the Restraint chair completely naked & put me back in the cell. They called Nurse Tawnya to check my restraints but before hand laid the mace covered Smok Suit over me to cover my genitalia. It was so hot & painful. They left me nearly all night without a Range of motion all they did was let me move my legs (1) time. I was covered in that mace for MULTIPLE hours with not one single full range of motion nor a deconamination Shower. It was the most painful & scariest thing Ive went through in my life. After the hours Passed finally Nurse Marissa came to check me out & clear me. She works the Day Shift! This happend at night. As Nurse Tawnya works night shift. I was later given a shower with no soap or Hygeine supplies what so ever. This all occured at the Campbell County Detention Center located @ 601 Central Ave Newport, KY, 41071. It happened in 1st floor Isolation. (SFRA) in cell 187-1. The deffendants failed to give me a full Range of motion for multiple hours as well as provide me with Hygeine products to decontaminate myself. By law they have to give me a range of motion every 30 minutes as well as provide me with Hygeine to decontaminate myself. CRUEL & Unusual PUNISH-MENT

IV. Exhaustion of Administrative Remedies:

C. County or City Prisoners answer the following:

1. Yes, there is a Grievance/Appeal Policy at this Jail.

2. I cannot attach a grievance or Appeal copy because it is not available. The policy is Grievances are to be filled out on a Kiosk machine operating off a system through combined Public Communications.

3. Yes I filed a grievance.

4. a. I filed the grievance on the Kiosk machine.
   B. They said they "addressed" the issue.
   C. Yes I filed an appeal.
   D. They said the issued had already been "addressed."
   E. There was no more steps available to grieve.

5. I DID FILE GRIEVANCE

V. Other Lawsuits: A. Yes Ive already filed a lawsuit.
   B. Parties: Plaintiff: Justin C. Haney  Defendants: Campbell County Detention Center.
   2. Court: United States District Court Eastern District of Kentucky.
   3. Case #: 2:20-CV-00169-GFVT   Date Filed: 11/25/20
   4. Dismissed without predjudice due to improper filing the last week of December in 2020.

   C. I have never filed a lawsuit before in my life.

4)

I Justin C. Haney #64741 do not have an attorney at this time. Im doing my best to find counsel. Thank you for taking the time to review my complaint. God bless. Id like to file without a attorney at this time.

Witnesses: Staff: Nurse Tawnya

    Nurse Marissa

    Triage "Medical facility"

    Deputy Wallace #128

    Deputy Boeschenstein

    Deputy Gonzalous

    Deputy Neal

    SGT. Henning

    Southern Health Partners

    Deputy Fideman

Inmates: (All agreed to testify in trial)

    Tyrell Moore

    Marty Hall

    Timothy Mills

The CAMERAS WERE WITNESSES AS WELL!

Respectfully:

Justin C. Haney #64741

Justin C. Haney

1-15-2021

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____          Case No.: _____

   Nature of Claim: _____     Date Filed: _____

   Outcome: _____             Date: _____

**VI.   Relief:**

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

> I'd like to sue for cruel & unusual punishment as well as defamation of character. I'd like compensation for the physical & mental abuse this has been on me. I'd like to be moved from this facility immediately due to that being a conflict of interest me being here. If the county would agree to drop my pending charges, I would settle all of this and leave it alone. Other wise please continue to pursue my claim. Thank you.

**VII.   Review this Form**

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

**CERTIFICATION**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Austin C. Stanley_          64741           1-15-2021
Signature of Plaintiff       Prison ID#      Date

Mothers Phone #'s  Home: 937-690-6215
                   Cell: 937-690-9356

Grandfathers Home Phone #: 859-635-1525
              Cell #: 859-669-9904      Page 8 of 8

Alternative Home address: 515 Mt. Orab Pike
Georgetown, OH

Plaintiff's Address:
Current: 601 Central Ave.
Newport, KY 41071

Grand Parents:
6 Acorn St.
or Alexandria, KY