UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2021-11 - WOB

JUSTIN C. HANEY                                              PLAINTIFF

VS.                          <u>ORDER</u>

SGT. HENNING, ET AL                                          DEFENDANTS

This matter is before the Court on the Report and Recommendation (Doc. 58) of the Magistrate Judge, and plaintiff having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court. That Defendants' Unopposed Motion for Summary Judgment (Doc. 54) be, and hereby is **granted**. That this action be, and hereby is **stricken** from the Court's active docket.  A separate Judgment shall enter concurrently herewith.

This 29th day of April, 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge